**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. 07-9018-MC-S-RED** |
| **BRIAN WHITE, as President of White Electrical Service, Inc.,** | ) | |
| **Respondent.** | ) | |

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service (IRS), appears and states as follows:

1. This proceeding is brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an IRS summons.

2. Walt Staton is a revenue officer employed by the IRS in the Collection Group, Small Business/Self Employed Division, Midwest Area, located in Springfield, Missouri, and is authorized to issue an IRS summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1.

3. The respondent, Brian White (White), as President of White Electrical Service, Inc., resides or may be found at 2812 B Porter Wagoner Blvd., West Plains, Missouri, within the jurisdiction of this Court.

4. Revenue Officer Walt Staton (RO Staton) is conducting an investigation into the collection of the tax liability of White Electrical Service, Inc., for the taxable periods ended

December 31, 1999, September 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, December 31, 2001, March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004, June 30, 2004, September 30, 2004, March 31, 2005, June 30, 2005, and September 30, 2005. (Exhibit A, Declaration of Walt Staton, paragraph 2.)

5. White, in his capacity as President of White Electrical Service, Inc., is in possession and control of testimony and documents concerning this investigation.

6. On July 17, 2007, an IRS summons was issued by RO Staton and served on White. (Ex. A ¶¶ 3-4; Exhibit B, IRS Summons.)

7. The summons directed White to appear before RO Staton on August 3, 2007, at 9:30 a.m., at 3333 S. National, Suite 300, Springfield, Missouri, to testify and to produce for examination books, papers, records, or other data described in the summons. (Ex. B.)

8. On August 3, 2007, White failed to appear and has not otherwise complied with the summons. White's refusal to comply with the summons continues to the date of this petition. (Ex. A ¶ 5.)

9. The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service. (Ex. A ¶ 6.)

10. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken. (Ex. A ¶ 7.)

11. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of White

Electrical Service, Inc., for the taxable periods ended December 31, 1999, September 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, December 31, 2001, March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004, June 30, 2004, September 30, 2004, March 31, 2005, June 30, 2005, and September 30, 2005. (Ex. A ¶ 8.)

12. There is presently no Department of Justice referral in effect, as defined by 26 U.S.C. § 7602(d). (Ex. A ¶ 9.)

WHEREFORE, the United States of America requests that:

1. This Court enter an order directing the respondent, Brian White, as President of White Electrical Service, Inc., to show cause, if any, why he should not comply with and obey the IRS summons along with each and every one of its requirements;

2. This Court enter an order directing the respondent, Brian White, as President of White Electrical Service, Inc., to obey the IRS summons, along with each and every one of its requirements, by ordering the attendance, testimony, and production of the books, papers, records, or other data required and called for by the terms of the summons before Revenue Officer Walt Staton, or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Walt Staton, or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in maintaining this action; and

4. This Court grant such other and further relief as is just and proper.

Respectfully submitted,

John F. Wood
United States Attorney

By */s/ Earl W. Brown III*

Earl W. Brown III
Assistant United States Attorney
Missouri Bar # 27073
Hammons Tower, Suite 500
901 St. Louis Street
Springfield, MO 65806-2511
Telephone: (417) 831-4406
Facsimile: (417) 831-4511